UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:17-cv-02347-KJM-CKD<br><br><br><br>ORDER |

The parties have attempted informal settlement negotiations, as required by the court's December 22, 2017 order. ECF No. 118. As of May 2, 2018, the parties have been unable to reach a settlement. Joint Status Report ("JSR"), ECF No. 126. The court previously set an April 23, 2018 deadline for the parties to "initiate participation" in the court's Voluntary Dispute Resolution Program ("VDRP"). ECF No. 125. Counsel now jointly request a settlement conference before a magistrate judge instead of VDRP. JSR at 2.

Having determined this case will benefit from a settlement conference, the court GRANTS this request, REMOVES the case from VDRP, and REFERS this case to a settlement conference before Magistrate Judge Deborah Barnes, to take place on June 27, 2018 at 10:00 AM in Courtroom #27 on the 8th Floor. Confidential Settlement conference statements are due by

1

June 20, 2018, and shall be emailed to: dborders@caed.uscourts.gov.  Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference.  If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).  Parties are also directed to file a "Notice of Submission of Confidential Settlement Statement" See L.R. 270(d).

        IT IS SO ORDERED.

DATE:  May 10, 2018.

_____
UNITED STATES DISTRICT JUDGE