UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2347 KJM CKD<br><br><br>ORDER |

　　　　Plaintiff is a former state prisoner represented by counsel, who is proceeding with an action under 42 U.S.C. § 1983. The court has scheduled a settlement conference before the undersigned on June 27, 2018 at 10:00 a.m. On June 7, 2018, defendants requested that the CDCR official with settlement authority be permitted to participate in the June 27 settlement conference by telephone. Good cause appearing, defendants' request (ECF No. 129) is granted. The CDCR official with settlement authority for this action may participate in the June 27 settlement conference by telephone.

////

////

////

////

1

However, that official must be available throughout the settlement conference proceedings, beginning at 10:00 a.m. until their conclusion.

IT IS SO ORDERED.

Dated: June 19, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/thom2347.sett conf