RIVERA & ASSOCIATES
1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Glen A. Williams, SBN 257665

ATTORNEYS FOR DEFENDANTS,
**T. BZOSKIE, H. NEWMAN**


**Michael A. Terhorst, SBN 164679**
**Beeson Terhorst LLP**
510 Bercut Drive, Suite V
Sacramento, CA 95811
Tel: (916) 444-3400
Fax: (916) 444-3421
ATTORNEYS FOR DEFENDANTS,
CALIFORNIA DEPARTMENT OF CORRECTIONS
AND REHABILITATION, T. ABREU

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL THOMPSON, | CASE NO: 2:17-cv-02347-KJM-CKD |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)); ORDER** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al. | |
| Defendants. | |

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between Plaintiff RANDALL THOMPSON, by and through his attorneys Eugene Chittock and Bret Cook; Defendants THOMAS BZOSKIE, M.D. and HARRY NEWMAN, M.D., by and through their attorney Shanan Hewitt; and Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and THOMAS ABREU, by and through their attorney Michael Terhorst that Defendants THOMAS BZOSKIE, M.D., HARRY NEWMAN, M.D., and THOMAS ABREU are dismissed from this action with prejudice.

In consideration of the Stipulation entered by the above-named parties to the United States District Court Eastern District of California action, *Randall Thompson v. California Department of Corrections and Rehabilitation, et al.*, Case No. 2:17-cv-02347-KJM-CKD, Defendants THOMAS BZOSKIE, M.D., HARRY NEWMAN, M.D., and THOMAS ABREU are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with the parties mentioned herein to bear their own fees and costs.

Dated: 6/27/2018  */s/Eugene B. Chittock*
EUGENE B. CHITTOCK
BRET D. COOK
Attorneys for Plaintiff,
RANDALL THOMPSON


Dated: 6/27/2018  */s/ Shanan L. Hewitt*
SHANAN L. HEWITT
Attorney for Defendants,
THOMAS BZOSKIE, M.D. and
HARRY NEWMAN, M.D.

Dated: 6/27/2018          */s/ Michael A. Terhorst*
MICHAEL A. TERHORST
Attorney for Defendants,
CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION
and THOMAS ABREU

**IT IS SO ORDERED.**

DATED:   July 31, 2018.

_____
UNITED STATES DISTRICT JUDGE

*Thompson v. CDCR, et al.*
U.S. District Court, Eastern District
Case Number 2:17-cv-2347-KJM-CKD

## PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1425 River Park Drive, Suite 250, Sacramento, California, 95815. I am over the age of 18 years and not a party to the above-entitled action.

On the following date, I served the attached:

**STIPULATED DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)); ORDER**

 X    on parties listed below will receive this filing via the Court's ECF system.

| | |
|---|---|
| Eugene B Chittock<br>Law Offices of Eugene B. Chittock<br>100 South Lassen Steet<br>Susanville, CA 96130 | Michael A. Terhorst<br>Beeson Terhorst<br>510 Bercut Drive, Suite V<br>Sacramento CA 95814 |
| Bret Dennis Cook<br>Law Office of Bret D. Cook PC<br>P O Box 425<br>Greeneville, CA 95947 | |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on July 10, 2018, at Sacramento, California.

               /s/ Melissa Green
               MELISSA GREEN

Stipulated Dismissal with Prejudice
Page 4